UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:13-cr-15-RLM |
| | ) | |
| Kevin Howell | ) | |

## O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 3, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 18), ACCEPTS defendant Kevin Howell's plea of guilty, and FINDS the defendant guilty of Count 5 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: May 1, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court